**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW HAMPSHIRE**

Joseph T. Noonan

v.                                                    Civil No. 11-cv-517-SM

US Social Security Administration, Commissioner


**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**


The Affidavit in support of the Motion to Proceed In Forma Pauperis in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Affidavit in support of the Motion to Proceed In Forma Pauperis.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Affidavit in support of Motion to Proceed In Forma Pauperis, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

**SO ORDERED**.

/s/ Landya B. McCafferty_____
Landya B. McCafferty
United States Magistrate Judge


Date:  November 14, 2011


cc:      Timothy P. Beaupre, Esq.